**Fill in this information to identify your case:**

Debtor 1: Gabriel Larios
   First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse if, filing)   First Name / Middle Name / Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known): 1:17-bk-24784

☒ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:** List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral<br>that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** Chase Auto<br>Creditor's Name<br><br>PO Box 901003<br>Fort Worth, TX<br>76101-2003<br>Number, Street, City, State & Zip Code<br><br>Who owes the debt? Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☒ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt<br><br>Date debt was incurred  2013-03 | Describe the property that secures the claim:<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Nature of lien. Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) _____<br><br>Last 4 digits of account number  5412 | $1,854.00 | $0.00 | $1,854.00 |
| **2.2** Gm Financial<br>Creditor's Name<br><br>PO Box 181145<br>Arlington, TX 76096-1145<br>Number, Street, City, State & Zip Code<br><br>Who owes the debt? Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☒ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt<br><br>Date debt was incurred  2014-12 | Describe the property that secures the claim:<br>2014 Chevrolet Impala<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Nature of lien. Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☒ Other (including a right to offset)  auto loan<br><br>Last 4 digits of account number  9587 | $14,309.00 | $6,000.00 | $8,309.00 |

Debtor 1 __Gabriel Larios__　　　　　　　　　　　　　　　　　　　　　　　　　　Case number (if known) __1:17-bk-24784__
　　　　　　First Name　　Middle Name　　Last Name

| 2.3 | Ocwen Loan Servicing | Describe the property that secures the claim: | $254,053.00 | $260,000.00 | $0.00 |

Creditor's Name

6841 30th Pl, Berwyn, IL 60402-3011

1661 Worthington Rd
West Palm Beach, FL
33409-6488

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Number, Street, City, State & Zip Code

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)　__Mortgage__

Date debt was incurred _____　　Last 4 digits of account number __7069__

| 2.4 | US Bank | Describe the property that secures the claim: | $39,936.00 | $25,000.00 | $14,936.00 |

Creditor's Name

2015 Chevrolet Tahoe

PO Box 5227
Cincinnati, OH
45201-5227

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Number, Street, City, State & Zip Code

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)　__auto loan__

Date debt was incurred __2015-09__　　Last 4 digits of account number __4374__

Add the dollar value of your entries in Column A on this page. Write that number here: $310,152.00
If this is the last page of your form, add the dollar value totals from all pages. Write that number here: $310,152.00

**Part 2:** List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.